**MICROTUNE (TEXAS), L.P.,**
**Plaintiff/Appellee,**

v.

**BROADCOM CORPORATION,**
**Defendant/Appellant.**

**No. 03–1620, 03–1621.**

United States Court of Appeals,
Federal Circuit.

June 17, 2004.

ENTRY OF DISMISSAL OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b) and pursuant to Plaintiff/Appellee Microtune (Texas), L.P.'s and Defendant/Appellant Broadcom Corporation's agreement for dismissal of this appeal with prejudice, dismissal of the appeal with prejudice is herewith entered, with each party to bear its own costs on appeal,

tral District of California in consolidated case nos. 98–CV–4758 and 98–CV–9088.

and the case is hereby remanded to the district court.